IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

DENARO COOK                                                                      PLAINTIFF
ADC #118624

v.                                    No. 4:15-cv-524-DPM

JAMES MORTON WALLACE, III
Commissioner, Arkansas Parole Board                          DEFENDANT

JUDGMENT

Cook's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

21 August 2015